302 U.S. 761
 58 S.Ct. 369
 82 L.Ed. 590
 Raymond E. KORTE, petitioner,
v.
The UNITED STATES of America.
 No. 588.
 Supreme Court of the United States
 December 20, 1937
 
 Mr. U. S. Lesh, of Indianapolis, Ind., for petitioner.
 
 
 1
 For opinion below, see Weir v. U. S., 92 F.2d 634.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied.
 
 
 3
 Rehearing denied 302 U.S. 781, 58 S.Ct. 480, 82 L.Ed. ——.